ORIGINAL

1  HULETT HARPER STEWART LLP
   BLAKE MUIR HARPER, SBN: 115756
2  JENNIFER A. KAGAN, SBN: 234554
3  550 West C Street, Suite 1600
   San Diego, CA 92101
4  Telephone:    (619) 338-1133
   Facsimile:    (619) 338-1139
5  e-mail: kbh@hulettharper.com
           bmh@hulettharper.com
6
7  WOLF POPPER LLP
   LESTER L. LEVY
8  PATRICIA I. AVERY
   EMILY MADOFF
9  ELIZABETH FERGUSON
   845 Third Avenue
10 New York, NY 10022
11 Telephone:    (212) 759-4600
   Facsimile:    (212) 486-2093
12 e-mail: llevy@wolfpopper.com
           pavery@wolfpopper.com
13         emadoff@wolfpopper.com
           eferguson@wolfpopper.com
14
15 Attorneys for Plaintiffs Daniel Butzer,
   Laz Peterson, and Cindy Rio
16

FILED

FEB - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

17              THE UNITED STATES DISTRICT COURT OF CALIFORNIA

18                     NORTHERN DISTRICT – SAN JOSE DIVISION

19 DANIEL BUTZER, LAZ PETERSON, and          Case No. C05 03414 RMW
   CINDY RIO, On Behalf of Themselves
20 Individually, All Others Similarly Situated   **CLASS ACTION**
21 and the General Public,
                                              **STIPULATION AND [PROPOSED]**
22              Plaintiffs,                   **ORDER REVISING CLASS**
                                              **CERTIFICATION SCHEDULE**
23 v.

24 APPLE COMPUTER, INC.,
25
                Defendants.
26
27
28

STIP AND [PROP] ORD REVISING CLASS CERT SCHEDULE; Case No. C05 03414 RMW

1   WHEREAS, the parties have agreed to adjust the deadlines pertaining to class certification
2   to permit a more orderly and efficient process for class discovery and briefing.
3   IT IS THEREFORE STIPULATED AND AGREED (i) the Plaintiffs shall file their
4   Motion for Class Certification by May 19, 2006, (ii) the Defendant shall file its Opposition by
5   July 18, 2006, (iii) the Plaintiffs shall file their Reply by September 18, and (iv) the Court shall
6   hold the hearing regarding Class Certification as soon as practicable thereafter.

DATED: 1/26/06

Respectfully submitted,

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
JENNIFER A. KAGAN

*Blake Muir Harper by JAK*
BLAKE MUIR HARPER

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619)338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiffs

DATED: _____

MORRISON & FOERSTER LLP
PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER

*Penelope A. Preovolos*
PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

IT IS SO ORDERED:
DATED: 2/9/06

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1

STIP AND [PROP] ORD REVISING CLASS CERT SCHEDULE; Case No. C05 03414 RMW

## PROOF OF SERVICE

*Daniel Butzer, et al. v. Apple Computer, Inc.*
CASE NO. C05 03414 RMW

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on January 26, 2006, I served the following document(s) entitled: **STIPULATION AND [PROPOSED] ORDER REVISING CLASS CERTIFICATION SCHEDULE** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☐ **BY PERSONAL SERVICE:** I had such envelope delivered by hand where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 26, 2006, at San Diego, California.

*Anita Villanueva*
ANITA VILLANUEVA

STIP AND [PROP] ORD REVISING CLASS CERT SCHEDULE; Case No. C05 03414 RMW

**APPLE COMPUTERS**
Case No.: C05 03414 RMW
Service List

**PLAINTIFFS' COUNSEL**

Blake Muir Harper
Jennifer A. Kagan
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139
e-mail: bmh@hulettharper.com
        jenni@hulettharper.com

Lester L. Levy
Patricia I. Avery
Emily Madoff
Elizabeth Ferguson
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone:   (212) 759-4600
Facsimile:   (212) 486-2093
e-mail: llevy@wolfpopper.com
        pavery@wolfpopper.com
        emadoff@wolfpopper.com
        eferguson@wolfpopper.com

**DEFENSE COUNSEL**

Penelope A. Preovolos
Andrew D. Muhlbach
Heather A. Moser
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
e-mail: ppreovolos@mofo.com
        amuhlbach@mofo.com
        hmoser@mofo.com

10/24//05