1  HULETT HARPER STEWART LLP
   BLAKE MUIR HARPER, SBN: 115756
2  JENNIFER A. KAGAN, SBN: 234554
   550 West C Street, Suite 1770
3  San Diego, CA 92101
   Telephone:   (619) 338-1133
4  Facsimile:   (619) 338-1139
   e-mail: kbh@hulettharper.com
5          bmh@hulettharper.com

6  WOLF POPPER LLP
   LESTER L. LEVY
7  PATRICIA I. AVERY
   EMILY MADOFF
8  ELIZABETH FERGUSON
   845 Third Avenue
9  New York, NY 10022
   Telephone:   (212) 759-4600
10 Facsimile:   (212) 486-2093
   e-mail: llevy@wolfpopper.com
11         pavery@wolfpopper.com
           emadoff@wolfpopper.com
12         eferguson@wolfpopper.com

13 Attorneys for Plaintiffs

14 MORRISON & FOERSTER, LLP
   PENELOPE A. PREOVOLOS, SBN: 87607
15 ANDREW D. MULBACH, SBN: 175694
   HEATHER A. MOSER, SBN: 212686
16 425 Market Street
   San Francisco, California 94105-2482
17 Telephone:   (415) 268-7000
   Facsimile:   (415) 268-7522
18 e-mail: pprevolos@mofo.com
           amuhlbach@mofo.com
19         hmoser@mofo.com

20 Attorneys for Defendants

21            THE UNITED STATES DISTRICT COURT OF CALIFORNIA

22                   NORTHERN DISTRICT - SAN JOSE DIVISION

*E-FILED - 5/11/06*

23 | DANIEL BUTZER, LAZ PETERSON,              | CASE NO: C05 03414 RMW
24 | and CINDY RIO, On Behalf of
   | Themselves Individually, All Others
25 | Similarly Situated and the General Public, | **CLASS ACTION**

26 |              Plaintiffs,                   | **STIPULATION AND [PROPOSED]
   | vs.                                        | ORDER REVISING CLASS
27 |                                            | CERTIFICATION SCHEDULE**
   | APPLE COMPUTER, INC.,
28 |
   |              Defendants.

STIP AND [PROP] ORD REVISING CLASS CERT SCHEDULE, Case No. C05 03212 RMW

| | |
|---|---|
| 1 | WHEREAS, the parties have agreed to adjust the deadlines pertaining to class |
| 2 | certification to permit a more orderly and efficient process for class discovery and briefing. |
| 3 | IT IS THEREFORE STIPULATED AND AGREED (i) the Plaintiffs shall file their |
| 4 | Motion for Class Certification by September 19, 2006, (ii) the Defendant shall file its Opposition |
| 5 | by November 17, 2006, (iii) the Plaintiffs shall file their Reply by January 18, 2007, and (iv) the |
| 6 | Court shall hold the hearing regarding Class Certification as soon as practicable thereafter. |

Respectfully submitted,

DATED: May 10, 2006

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
JENNIFER A. KAGAN

*/s/ Blake Muir Harper/*

BLAKE MUIR HARPER

550 West C Street, Suite 1770
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:    (619) 338-1139

Attorneys for Plaintiffs

DATED: May 10, 2006

MORRISON & FOERSTER LLP
PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER

*/s/ Penelope A. Preovolos/*

PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

Attorneys for Defendant

IT IS SO ORDERED:

DATED: 5/11/06

/s/ Ronald M. Whyte
HONORABLE RONALD W. WHYTE
UNITED STATES DISTRICT JUDGE