1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  JOHANNA W. ROBERTS (CA SBN 191472)
   (JRoberts@mofo.com)
4  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendant
   APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/22/06*

| | |
|---|---|
| DANIEL BUTZER, LAZ PETERSON, and CINDY RIO, On Behalf of Themselves Individually, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No.   C-05-03414-RMW<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1   A Stipulation regarding a continuance of the Case Management Conference set for
2   June 23, 2006 was submitted to this Court, the Honorable Ronald M. Whyte presiding. Having
3   reviewed the Stipulation and all other papers and good cause appearing,
4   IT IS HEREBY ORDERED: the Case Management Conference currently scheduled for
5   June 23, 2006 shall be continued to August 25, 2006.
6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __6/22_____, 2006

                                                /S/ RONALD M. WHYTE
                                              The Honorable Ronald M. Whyte
                                              UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA